

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KUJTIM DEMIROVIC, RICHARD REINOSO,
MURTO AVDALOVIC, and SENAD PEROVIC,

                Plaintiffs,

                **VERDICT SHEET**
                **RETALIATION CLAIMS**
      -against-                15 CV 327 (CLP)

FRANKLIN ORTEGA, ROCIO UCHOFEN, and
P.O. ITALIANISSIMO RISTORANTE, INC.,

                Defendants.
-----------------------------------------------------------X

This is the special verdict form mentioned in my charge to you. Please follow the instructions below and answer each of the questions as directed.

**I.**     **RETALIATION CLAIMS**

    1. Do you find that the defendants retaliated against the plaintiffs?

        YES __✓__                 NO _____

        *Proceed to Question 2.*

    2. Only if your answer to Question 1 was "YES," indicate what amount of damages you find adequately compensates the plaintiffs for the harm caused by the defendants:

        $ __0__

        *Proceed to Question 3.*

    3. If you find that plaintiffs' damages have no value, but you answered "YES" to Question 1, then you must return a verdict for plaintiffs in the nominal amount of $1.00. Do you find that plaintiffs should be awarded the nominal amount of $1.00?

        YES __✓__                 NO _____

        *Proceed to Question 4.*

## II.   PUNITIVE DAMAGES

    4.   Answer Question 4 <u>only</u> if you answered "YES" to Question 1. If your answer to Question 1 was "NO," skip Question 4.

    Are the plaintiffs entitled to punitive damages against the defendants?

    YES _____          NO  ✓_____

*Please read the instructions on the next page.*

You have reached a verdict. The jury foreperson must sign and date this verdict form below. Once the foreperson has signed and dated this form, please advise the Marshal that a verdict has been reached.

Dated: Brooklyn, New York
       October 26, 2017

_____
Foreperson

3