# Exhibit 5

# Invoices for Service of Process

This is an attachment that describes a record (case) on the attached invoice.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Record 102 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The caption of the case is the following:
KUJTIM DEMIROVIC, ET AL.
   vs.
FRANKLIN ORTEGA, ET AL.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your file number (if provided ):
The person at your firm who signed the coversheet (if provided):
SCOTT LUCAS
212-983-6000
212-983-6008
The entity you requested to be served: FRANKLIN ORTEGA

Our effort to serve the SUMMONS IN A CIVIL ACTION;
COMPLAINT was made JANUARY 22/2015 AT 4:59P.M. at 314 WILLSRD AVENUE.
STATEN ISLAND, N.Y. 10314.
The following service instructions were given to the process server/ paralegal:
STANDARD
If more than one attempt was required to affectuate service or if there is information regarding non-service, please note the following:   .
1.
2.
3.
4.
If we were requested to purchase the index number CV15-0327 it was done on the following date:
If we were requested to disburse any payments they are listed as follows:

If we were requested to file the affidavit in court:

Your total charge for the above record is: 105
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


681

WORK SHEET:

This is an attachment that describes a record (case) on the attached invoice.
**********************************Record 103 ************************
The caption of the case is the following:
KUJTIM DEMIROVIC, ET AL.
    vs.
FRANKLIN ORTEGA, ET AL.
****************************************************************************
Your file number (if provided ):
The person at your firm who signed the coversheet (if provided):
SCOTT LUCAS
212-983-6000
212-983-6008
The entity you requested to be served: ROCIO UCHOFEN ORTEGA

Our effort to serve the SUMMONS IN A CIVIL ACTION;
COMPLAINT was made JANUARY 22/2015 AT 4:58P.M. at 314 WILLARD AVENUE.
STATEN ISLAND, N.Y. 10314.
The following service instructions were given to the process server/ paralegal:
STANDARD
If more than one attempt was required to affectuate service or if there is information regarding non-service, please note the following:   .
1.
2.
3.
4.
If we were requested to purchase the index number CV15-0327 it was done on the following date:
If we were requested to disburse any payments they are listed as follows:

If we were requested to file the affidavit in court:

Your total charge for the above record is: 52.5
****************************************************************************

681

WORK SHEET: ADDITIONAL SERVICE AT SAME LOCATIN DISCOUNT-52.50

This is an attachment that describes a record (case) on the attached invoice.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Record 104 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The caption of the case is the following:
KUJTIM DEMIROVIC, ET AL.
    vs.
FRANKLIN ORTEGA, ET AL.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Your file number (if provided ):
The person at your firm who signed the coversheet (if provided):
SCOTT LUCAS
212-983-6000
212-983-6008
The entity you requested to be served: P.O. ITALIANISSIMO RISTORANTE, INC.

Our effort to serve the SUMMONS IN A CIVIL ACTION;
COMPLAINT was made JANUARY 22/2015 AT 11:45 A.M. at C/O SEC. OF STATE ALBANY, N.Y..
The following service instructions were given to the process server/ paralegal:
STANDARD
If more than one attempt was required to affectuate service or if there is information regarding non-service, please note the following: .
1.
2.
3.
4.
If we were requested to purchase the index number CV15-0327 it was done on the following date:
If we were requested to disburse any payments they are listed as follows:

If we were requested to file the affidavit in court:

Your total charge for the above record is: 100
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


681

WORK SHEET: