# Exhibit 6

# Invoice for Depositions of Defendants Franklin Ortega and Rocio Uchofen

**BEE REPORTING AGENCY, INC.**

*55 MAPLE AVENUE, SUITE 204*
*ROCKVILLE CENTRE, NEW YORK 11570*
*212-327-3500    516-485-2222*
*11-3293315*
*www.beereporting.com    billing@beereporting.com*

LAW OFFICE OF SCOTT LUCAS
250 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10177

November 13, 2017

**Invoice#** 17-1445

**Balance:**    $.00

**Re:** DEMIROVIC VS ORTEGA
   *on* 01/17/17  *Billed* 02/06/17
   *by* NANCY LASKARIS

| Charge Description | Amount |
|---|---|
| ORIGINAL & 1: FRANKLIN ORTEGA 162 PAGES | 704.70 |
| ORIGINAL & 1: ROCIO UCHOFEN 62 PAGES | 269.70 |
| MINI TRANSCRIPT | 50.00 |
| DOUBLE APPEARANCE FEE | 80.00 |
| POSTAGE & HANDLING | 15.00 |

|  | Sub Total: | 1,119.40 |
|---|---|---|
|  | – Payments/Credits: | 1,119.40 |
| **P l e a s e    R e m i t    - - - >** | **Total Due:** | **$.00** |

___ Visa   ___ MasterCard   ___ American Express

Cardholder Name: _____   Card #: _____

Exp Date: _____   Security Code: _____   Total Amt.$ _____

Signature: _____

*SAVE POSTAGE - OUR FAX NUMBER IS 516-594-2424*