UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KUJTIM DEMIROVIC *et al.*,

                         Plaintiffs,

        -against-                         **ORDER**
                                              15 CV 327 (CLP)

FRANKLIN ORTEGA *et al.*,

                         Defendants.
-----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

       By Order dated June 4, 2018, the United States Court of Appeals for the Second Circuit deemed the appeal of this case in default and directed that the appeal be dismissed effective June 18, 2018 unless the parties rectified certain errors. See Order at 1, Demirovic v. Ortega, No. 18-1494 (2d Cir. June 4, 2018), ECF No. 10. An electronic Order issued on July 16, 2018, confirming that the earlier Order had become effective and that the appeal was dismissed. See Electronic Order, Demirovic v. Ortega, No. 18-1494 (2d Cir. July 16, 2018), ECF No. 19.

       The parties therefore are directed to retrieve any exhibits they wish to retain by the later of September 14, 2018 or thirty (30) days after the mandate issues, see Fed. R. App. P. 41(b)-(c), 40(a)(1). See L. Civ. R. 39.1(b)(2). Any exhibits the parties have not arranged to retrieve by the deadline will be discarded without further notice. See L. Civ. R. 39.1(b)(2).

       The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

       **SO ORDERED.**

Dated: Brooklyn, New York
       August 8, 2018

                                                    /s/ Cheryl L. Pollak
                                                    Cheryl L. Pollak
                                                    United States Magistrate Judge
                                                    Eastern District of New York